# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH BANKS,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>ROBERT A. FOX, Warden,<br><br>　　　　　Respondent. | **Case No. CV 15-03013 BRO (RAO)**<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

　　　IT IS ORDERED that the Petition is denied and Judgment shall be entered dismissing this action with prejudice.

Dated: May 26, 2016

　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　HONORABLE BEVERLY REID O'CONNELL
　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE